# Fantroy v. The State.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for embezzlement, and sentenced to hard labor for the county for eight months.

The judgment of conviction is affirmed.